PD-1668-14

PD-1668-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2014 1:30:05 PM
Accepted 12/29/2014 1:59:32 PM
ABEL ACOSTA
CLERK

PDR NO. _____

---

IN THE COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

ZACHARY BLAKE HERNANDEZ, Appellant

VS.

---

ON APPEAL FROM THE 142nd DISTRICT COURT
OF MIDLAND COUNTY, TEXAS

AND ON DISCRETIONARY REVIEW
FROM THE ELEVENTH JUDICIAL DISTRICT AT
EASTLAND

---

### APPELLANT'S *PRO SE* MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

*TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:*

COMES NOW **ZACHARY BLAKE HERNANDEZ**, *pro se* Appellant in the above-styled and numbered cause, and files this his Motion to Extend Time to File a Petition for Discretionary Review ("PDR") and in support thereof would show this Court the following:

I.

Appellant was convicted of intoxication manslaughter in cause number CR38343 and punishment was assessed at five (5) years in prison. The Eleventh District Court of Appeals affirmed his conviction in case number 11-12-00348-CR on November 26, 2014. Appellant's petition is now due on or before December 29, 2014.

Appellant requests an additional sixty (60) day extension to prepare a *pro se* PDR.

Although Appellant consulted with undersigned counsel on one occasion, he has not yet secured counsel in this matter.

II.

Because good cause exists for the granting of this request, Appellant requests this Court grant his request for an additional sixty (60) days to prepare and file his PDR.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this Court extend the deadline to file his PDR until February 17, 2015.

RESPECTFULLY SUBMITTED,

*/s/ Carmen M. Roe*

**CARMEN M. ROE**
**LAW OFFICE OF CARMEN M. ROE**
440 LOUISIANA, SUITE 900
HOUSTON, TEXAS 77002
713.236.7755
713.236.7756 FAX
Bar No. 24048773

**FILED ON BEHALF OF**
*PRO SE* **APPELLANT**
**ZACHARY BLAKE HERNANDEZ**
1011 West City Road 77
Midland, TX 79707

## CERTIFICATE OF SERVICE

Pursuant to **TEX.R.APP.P**. 9.5(d), this motion was served on opposing counsel, Lisa McMinn, State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas, 78711, and Teresa Clingham, Midland County District Attorney, Appellate Division, 500 N. Loraine Street #200 Midland, Texas 79701, by electronic service via Efiletxcourts.gov on December 22, 2014.

*/s/ Carmen M. Roe*

_____

**CARMEN M. ROE**